IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **Crim. No. 1:16-CR-0209** |
| **v.** | : | |
| **ANDREW MANGANAS and PANTHERA PAINTING, INC.** | : | **Judge Sylvia H. Rambo** |

# O R D E R

In accordance with the accompanying memorandum of law, **IT IS HEREBY ORDERED** that Defendants' motion to dismiss (Doc. 19) is **DENIED**.

                                              s/Sylvia Rambo
                                              SYLVIA H. RAMBO
                                              United States District Judge

Dated: June 13, 2017