IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **Crim. No. 1:16-CR-0209** |
| **v.** | : | |
| **ANDREW MANGANAS and PANTHERA PAINTING, INC.** | : | **Judge Sylvia H. Rambo** |

## **O R D E R**

In accordance with the accompanying memorandum of law, **IT IS HEREBY ORDERED** that Defendants' motion to sever (Doc. 18) is **DENIED**. Jury selection and trial is scheduled to begin on July 31, 2017, at 9:30 a.m., in Courtroom No. 3, Federal Building, Third and Walnut Streets, Harrisburg, Pennsylvania.

                                                  s/Sylvia Rambo
                                                  SYLVIA H. RAMBO
                                                  United States District Judge

Dated: June 13, 2017