IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Crim. No. 1:16-cr-209 |
| | : | |
| **v.** | : | |
| | : | |
| **ANDREW MANGANAS** | : | **Judge Sylvia H. Rambo** |

# O R D E R

Before the court is the Expedited Motion for Reduction in Sentence Pursuant to 18 U.S.C. § 3582(c)(A)(1) (Doc. 95) filed by Defendant Andrew Manganas. For the reasons outlined in the accompanying memorandum, the motion is hereby **DENIED**.

                                                    */s/ Sylvia H. Rambo*
                                                    SYLVIA H. RAMBO
                                                    United States District Judge

Date: May 12, 2020