IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | No. 1:16-CR-209 |
| | : | |
| vs. | : | |
| | : | |
| **ANDREW MANGANAS,** | : | |
| | : | |
| Defendant. | : | Judge Sylvia H. Rambo |

# O R D E R

**AND NOW**, this 3rd day of September, 2021, upon consideration of Defendant Andrew Manganas' motion to vacate, set aside, or correct sentence under 28 U.S.C. § 2255 based on ineffective assistance of counsel (Doc. 116), and in accordance with the accompanying memorandum, **IT IS HEREBY ORDERED** that the motion is **DENIED.**

*s/Sylvia H. Rambo*
Sylvia H. Rambo
United States District Judge