IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | Crim. No. 1:17-CR-00178 |
| : | |
| **v.** : | |
| : | |
| **ANDREW MANGANAS** : | Judge Sylvia H. Rambo |

## O R D E R

AND NOW, this 29th day of November, 2021, upon consideration of the motion for compassionate release filed by Defendant Andrew Manganas and in accordance with the accompanying memorandum, **IT IS HEREBY ORDERED** that the motion is **GRANTED** as follows:

(1) Manganas's sentence of incarceration is reduced to time served;

(2) This order is **STAYED** for up to fourteen days, for the verification of the defendant's residence and establishment of a release plan, to make appropriate travel arrangements, and to ensure Manganas's safe release. Manganas shall be released as soon as a residence is verified, a release plan is established, appropriate travel arrangements are made, and it is safe to travel. There shall be no delay in ensuring travel arrangements are made. If more than seven days are needed to make appropriate travel arrangements and ensure Manganas's safe release, the parties shall immediately notify the court and show cause why the stay should be extended;

(3) Pursuant to 18 U.S.C. § 3582(c)(1)(A), Manganas shall serve a "special term" of supervised release until 46 months after Manganas' first reported to prison;

(4) Following the special term of supervised release, Manganas shall serve a two-year term of supervised release in accordance with his original sentence;

(5) The conditions that shall apply to the special and regular terms of supervised release are the same mandatory, standard, additional, and special conditions, that were ordered at Manganas's original sentencing for his regular term of supervised release.

**IT IS SO ORDERED.**

*/s/ Sylvia H. Rambo*
SYLVIA H. RAMBO
United States District Judge